FILED
22 NOV 29 PM 3:32
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TONY RAMIREZ,<br>　　　PETITIONER,<br><br>V.<br><br>BOBBY LUMPKIN,<br>　　　RESPONDENT. | §<br>§<br>§<br>§　　A-22-CV-1199-LY<br>§<br>§<br>§ |

# FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date, the court dismissed Petitioner Tony Ramirez's Petition for Writ of *Habeas Corpus*. Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Tony Ramirez's Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction and a certificate of appealability is **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

SIGNED this the 29th day of November 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE